# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 18, 2019**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Howell, Adam Colten | Docket No. | 0980 1:18CR02075-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adam Colten Howell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 19th day of December 2018 under the following conditions:

Special condition # 9: Defendant shall participate in a program of GPS location monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation #1: Adam Howell is alleged of being in violation of his location monitoring program by deviating from his approved leave schedule on March 9 and 10, 2019.

On December 20, 2018, the conditions of pretrial release supervision were reviewed and signed by Mr. Howell. He acknowledged an understanding of his conditions, which included special condition number 9. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Mr. Howell acknowledging his understanding of the program.

On March 9, 2019, Mr. Howell was authorized to go to the local YMCA to exercise. According to the BI Total Access tracking system, aside from going to the approved location of the YMCA, Mr. Howell went to Dick's Sporting Goods and residences that were not pre-approved by his supervising probation officer. Mr. Howell deviated from his authorized leave schedule.

On March, 10, 2019, Mr. Howell was authorized to go to the Together Church in Yakima and then Denny's restaurant after church. According to BI Total Access tracking system, Mr. Howell went to Denny's for breakfast then to the Union Gap Mall instead of going to the Together Church.

On March 11, 2019, Mr. Howell was confronted in regard to his deviations from his location monitoring schedule. Mr. Howell admitted to failing to abide by his schedule. As a result of this non-compliance, the defendant has been reminded of his program requirements.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on: March 15, 2019 |
|  | by | s/Jose Zepeda |
|  |  | Jose Zepeda<br>U.S. Pretrial Services Officer |

PS-8
Re: Howell,, Adam Colten
March 15, 2019
Page 2

THE COURT ORDERS

[x]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*M. K. Dimke*

Signature of Judicial Officer

3/18/2019

Date