# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Howell, Adam Colten | Docket No. | 0980 1:18CR02075-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adam Colten Howell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 19th day of December 2018 under the following conditions:

**Special condition #13**: Defendant shall be subject to portable Breathalyzer testing up to six times per day. Defendant is responsible for the cost of the testing device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Adam Howell is alleged of being in violation of his portable Breathalyzer testing program by skipping his 6 a.m. to 7 a.m. test on June 16 and 23, 2019.

On December 20, 2018, the conditions of pretrial release supervision were reviewed and signed by Mr. Howell. He acknowledged an understanding of his conditions, which included special condition number 13. On December 21, 2018, Mr. Howell enrolled in the Breathalyzer testing through Smart Start.

On June 17 and 24, 2019, this officer received notification from Smart Start indicating Mr. Howell skipped the above noted Breathalyzer testing widows. Mr. Howell was confronted in regard to his skipped tests. Mr. Howell admitted to skipping his tests due to being asleep and not hearing his alarm. As a result of his non-compliance, the defendant was given a verbal reprimand and was reminded of his program requirements.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: June 25, 2019 |
| by | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dinkle_
Signature of Judicial Officer

6/25/2019
Date