FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-CR-02075-SMJ-1 |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| ADAM COLTEN HOWELL, | **ECF No. 60** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 60. Neither the United States, nor the United States Probation/Pretrial Services Office oppose the motion. Specifically, Defendant requests that the Court modify Special Condition No. 3, which imposes a no-contact order for potential witnesses, codefendants, and victims, to allow Defendant to contact his mother. ECF No. 20. In support of this modification, Defendant notes that due to his acceptance of a plea agreement (ECF Nos. 57-58) his mother is no longer a potential witness. Additionally, Defendant requests that Special Condition No.

ORDER - 1

13, mandating portable breathalyzer testing, be stricken. ECF No. 20. For the reasons set forth in the motion;

**IT IS HEREBY ORDERED:**

1. The Motion to Modify Conditions of Release (**ECF No. 60**) is **GRANTED**.
2. Special Condition No. 3 (**ECF No. 20**) shall be **MODIFIED** to allow Defendant to contact his mother. Defendant may communicate with his mother, but not about the subject matter of the investigation and/or prosecution.
3. Special Condition No. 13 (**ECF No. 20**) shall be **STRICKEN**.
4. All other conditions of release shall remain in effect.

DATED October 15, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE