PROB 12C
(6/16)

Report Date: August 7, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Colten Howell       Case Number: 0980 1:18CR02075-SMJ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., United States District Judge

Date of Original Sentence: January 7, 2020

Original Offense:      Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6) and 1153

Original Sentence:     Prison - 6 days;            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Michael Murphy              Date Supervision Commenced: January 7, 2020

Defense Attorney:      Robin C. Emmans             Date Supervision Expires: January 6, 2023

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Howell is considered to be in violation of his conditions of supervised release by failing to report to the probation officer on July 22 & 30, 2020.

Mr. Howell's conditions were reviewed with him on January 16, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

On June 14, 2020, Mr. Howell received a verbal reminder to submit his monthly report within the first 5 business days of each month. On this date, Mr. Howell reported email would be the best method for making contact with him.

On July 20, 2020, Mr. Howell received a verbal reprimanded after failing to complete his monthly report. The undersigned officer provided Mr. Howell with verbal instructions to complete his monthly report with follow up contact scheduled by July 22, 2020, which he failed to do. On July 23 and 29, 2020, the undersigned officer called Mr. Howell for follow up. The offender did not answer or return this officer's phone calls.

Prob12C
**Re: Howell, Adam Colten**
**August 7, 2020**
**Page 2**

On July 30, 2020, the undersigned officer attempted to call Mr. Howell. He did not answer. Mr. Howell was sent an email and text message instructing him to report by the end of the day, which he failed to do. As of the writing of this report, Mr. Howell has not made contact with the undersigned officer and his whereabouts is unknown.

2   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Howell is considered to be in violation of his conditions of supervised release by changing living arrangements without notifying the probation officer and living at a place not approved by the probation officer on July 22, 2020.

Mr. Howell's conditions were reviewed with him on January 16, 2020. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes standard condition number 5, as noted above.

On July 20, 2020, Mr. Howell verbally admitted he changed living arrangements without notifying the undersigned officer. When questioned about the location, Mr. Howell reported he could not remember the address. The offender was given until July 22, 2020, to provide the address, list of occupants, and complete a virtual home inspection, which he failed to do. As noted in violation number 1 of this petition, attempts to follow up with Mr. Howell have been unsuccessful. The offender's current living arrangements are unknown as of the writing of this report.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 7, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: Howell, Adam Colten**
**August 7, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____08/07/2020_____
Date