PROB 12C
(6/16)

Report Date: April 2, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Colten Howell       Case Number: 0980 1:18CR02075-SMJ-1

Address of Offender: Last known:

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 7, 2020

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6) and 1153 |
| Original Sentence: | Prison - 6 days <br> TSR - 36 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Revocation Sentence: (10/20/2020) | Prison - 3 months <br> TSR - 33 months | | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | December 21, 2020 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | September 20, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Howell is alleged to have violated his conditions of supervised release by failing to report to his probation officer as previously directed on February 2, 9, and 16, 2021. |
| | Per COVID-19 procedures, Mr. Howell's conditions of supervised release were verbally reviewed with him on December 21, 2020. The offender verbally acknowledged an understanding of his conditions, which includes standard condition number 2, as noted above. |
| | On December 21, 2020, the undersigned officer directed Mr. Howell to report to probation on a weekly basis, with Mr. Howell selecting Tuesdays as his report date. |

Prob12C
**Re: Howell, Adam Colten**
**April 2, 2021**
Page 2

On February 2, 2021, Mr. Howell failed to report to the undersigned officer as noted above.

On February 8, 2021, the undersigned officer contacted a relative of the offender, requesting Mr. Howell be provided a reminder to report on February 9, 2021, which the family member agreed to reach out to the defendant, providing reporting instructions.

On February 9, 2021, Mr. Howell failed to report as previously instructed. Further, as of the writing of this report, Mr. Howell has not made contact with the probation department.

2  **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Howell is alleged to have violated his conditions of supervised release by failing to live at a place approved by the probation officer as of February 8, 2021.

Per COVID-19 procedures, Mr. Howell's conditions of supervised release were verbally reviewed with him on December 21, 2020. The offender verbally acknowledged an understanding of his conditions, which includes standard condition number 5, as noted above.

On December 21, 2020, Mr. Howell advised he can only temporarily live at his relative's home. On this date, we discussed clean and sober housing and a public law placement at the residential reentry center, which he declined.

On December 29, 2020, Mr. Howell remained at his last known address with an unknown date to move. On this date, the undersigned instructed Mr. Howell to have a conversation with his relative in order to gain an understanding of when he must move.

On January 19, 2021, Mr. Howell reported he spoke with a different relative about moving in with them, but has not received permission to move to this residence. On this date, the undersigned reminded Mr. Howell of the process of having a new residence approved, and encouraged Mr. Howell to submit the address as early as possible.

On February 8, 2021, the undersigned officer contacted Mr. Howell's relative at his last known address. On this date, the relative reported Mr. Howell moved out on February 1, 2021, and did not know where he had gone or his new cell phone number. Mr. Howell and his relative have ceased contact with the probation department. As of the writing of this report, Mr. Howell has not made himself available for supervision and his current whereabouts is unknown.

3  **Special Condition #3**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

Prob12C
**Re: Howell, Adam Colten**
**April 2, 2021**
Page 3

**Supporting Evidence**: Mr. Howell is alleged to have violated his conditions of supervised release by failing to complete a mental health evaluation on February 2, 2021.

Per COVID-19 procedures, Mr. Howell's conditions of supervised release were verbally reviewed with him on December 21, 2020. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On January 14, 2021, Mr. Howell advised he completed an initial intake at Comprehensive Healthcare for mental health services, with follow up appointments scheduled for January 22, 2021, and February 2, 2021.

On January 22, 2021, a staff member at Comprehensive Healthcare confirmed Mr. Howell attended his appointment.

On February 2, 2021, Mr. Howell failed to attend his mental health appointment. As noted in the alleged violation numbers 1 and 2, Mr. Howell has stopped making contact with the probation department, and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 2, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

04/02/2021
Date